| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> ------------------------------------------------------------x <br>    LEE, <br>                        **Plaintiff,** <br>    -against- <br>    **GROVE GROUP ADVISORS LLC, ET AL.,** <br>                        **Defendants.** <br> ------------------------------------------------------------x | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: __11/23/2020__ <br><br> 1:20-cv-05937 (ALC) <br><br> <u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

       By letter dated November 17, 2020, Defendant Kevin Shin, CEO of Defendants Grove Group Advisors LLC and Grove Group Management, Inc., requested an allowance of time to retain counsel and asked the Court to appoint pro bono counsel. ECF No. 16. The Court hereby GRANTS Defendants' request for an allowance of time to retain counsel but DENIES without prejudice the request for appointment of pro bono counsel. Accordingly, the Court ORDERS Defendants to file a status report regarding whether counsel has been retained by January 11, 2020. Plaintiff is directed to serve this Order on Defendants, and file proof of service, by November 30, 2020.

**SO ORDERED.**
**Dated:** November 23, 2020
       New York, New York                                        **ANDREW L. CARTER, JR.**
                                                                                     **United States District Judge**

---

1 While an individual may appear pro se, a corporation or an LLC may only appear through counsel in a lawsuit. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993) (noting that courts do not allow corporations, partnerships, associations, and other "artificial entities" to appear in court without an attorney). Failure to retain counsel for such entities may result in entry of default judgment. *See Grace v. Bank Leumi Trust Co.,* 443 F.3d 180, 192 (2d Cir. 2006) ("[I]t is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it." (citation and internal quotation marks omitted)).