**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

USDC SDNY

DOCUMENT

ELECTRONICALLY FILED

DOC#: _____

DATE FILED: 1/7/2021

LEE,                                                        :

                                    **Plaintiff,**          :

                                                            :

                                                            :

            **v.**                                          :        **1:20-cv-05937-ALC**

                                                            :        **ORDER**

**GROVE GROUP ADVISORS LLC, ET AL.,**                       :

                                                            :

                                    **Defendants.**         :

---------------------------------------------------------------------: x

**ANDREW L. CARTER, JR., District Judge:**

By letter dated December 22, 2020, Defendant Kevin Shin requested an extension of time, which the Court construes as a request for an extension of time to answer the complaint or request leave to file a pre-answer motion. The letter does not indicate "whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent". Individual Practices of Andrew L. Carter Jr. ¶ 1(D). Accordingly, Plaintiff is ORDERED to file a response stating his position on this request no later than January 11, 2021. Any future requests for extension must include whether the opposing party consents to the extension, as required by this Court's Individual Practices.

**SO ORDERED.**

**Dated: January 7, 2020**

     **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**