**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
LEE,                                               :
                                                   :
                           Plaintiff,              :
                                                   :
                                                   :
                                                   :
              v.                                   :     1:20-cv-05937-ALC
                                                   :
                                                   :     ORDER
GROVE GROUP ADVISORS LLC, ET AL.,                  :
                                                   :
                                                   :
                           Defendants.             :
                                                   :
-------------------------------------------------------------------: x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/2021

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby extends the time for Defendants to answer the complaint or request leave to file a pre-answer motion to February 17, 2021.

The Court reminds Defendants that while an individual may appear *pro se*, a corporation or an LLC may only appear through counsel in a lawsuit. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993) (noting that courts do not allow corporations, partnerships, associations, and other "artificial entities" to appear in court without an attorney). Failure to retain counsel for such entities may result in entry of default judgment. *See Grace v. Bank Leumi Trust Co.,* 443 F.3d 180, 192 (2d Cir. 2006) ("[I]t is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it." (citation and internal quotation marks omitted)).

SO ORDERED.

Dated: January 12, 2021

      New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**