

**NISAR LAW GROUP, P.C.**
Employment Attorneys
One Grand Central Place

MEMO ENDORSED

Casey Wolnowski

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __April 23, 2021__

April 21, 2021

<u>*Via ECF*</u>
Hon. Andrew L. Carter, Jr., U.S.D.J.
U.S. District Court (S.D.N.Y.)
40 Foley Square
New York, NY 10007

   Re: ***Lee v. Grove Group Advisors LLC, et al.***
      **SDNY Case 1:20-cv-05937 (ALC) (KHP)**

Your Honor:

  This letter is respectfully submitted on behalf of the plaintiff regarding the above-captioned matter. The parties have reached a settlement in principle subject to consummation of a written agreement.

  In light of the foregoing, the plaintiff respectfully requests the Court to stay all present deadlines *sine die* and allow the parties a reasonable period of time to formalize an agreement in writing and thereafter file a Stipulation of Dismissal With Prejudice, along with *Cheeks* settlement fairness materials for review by the Court.

  The plaintiff and counsel thank the Court for its attention to this matter.

           Respectfully submitted,

           _____
           Casimir Wolnowski, Esq.
           *Attorney for Plaintiff*

cc: Nathan C. Zezula (*via ECF*)
   *Attorney for Defendants*

The request to stay the case is hereby **GRANTED.** The parties are directed to file the proposed settlement and joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and memorandum shall be filed within 60 days.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 23, 2021