| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------- x<br>**Brian Lee,**<br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　-against-<br><br>**Lee Group Advisors LLC, et al.,**<br>　　　　　　　　　　**Defendants.**<br>------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Dec. 28, 2021<br><br>**1:20-cv-5937 (ALC)**<br><br>**<u>ORDER APPROVING</u>**<br>**<u>SETTLEMENT</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of the revised fairness letter and proposed FLSA Settlement Agreement filed by the parties on November 17, 2021. ECF No. 40. Upon review of the proposed Settlement Agreement, as well as the accompanying fairness letter, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and its progeny, the Court finds that the Settlement Agreement is adequate, fair and reasonable. The Settlement Agreement is hereby **APPROVED**. Accordingly, this matter is discontinued with prejudice. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated:　**December 28, 2021**
　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**