**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
 Brian Lee,                                             :
                          Plaintiff,                    :
                                                        :
          -against-                                     :
                                                        :
                                                        :
 Lee Group Advisors LLC, et al.,                        :
                                                        :
                          Defendants.                   :
                                                        :
------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 14, 2022

1:20-cv-5937 (ALC)

**ORDER SCHEDULING CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference on **Wednesday, January 19, 2022** at 3:30PM Eastern Time. **All parties shall appear** and should contact the Court at 1-888-363-4749 (**access code: 3768660**) at the appropriate time.

**SO ORDERED.**

Dated:  Jan. 14, 2022
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**