UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
BRIAN LEE,

                              Plaintiff,

      -against-

GROVE GROUP ADVISORS LLC, GROVE
GROUP MANAGEMENT, INC., and KEVIN SHIN,
*INDIVIDUALLY*,

                            Defendants.

-------------------------------------------------------------------- x

20-CV-5937 (ALC)

**ORDER FOR CONFERENCE**

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephonic status conference in this action on Thursday, February 9, 2022 at 11:00AM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:      New York, New York
               February 1, 2023

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**