UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BRIAN LEE,

                               Plaintiff,

                               1:20-cv-05937 (ALC)

        -against-

                               **ORDER**

GROVE GROUP ADVISORS LLC, et al.,

                            Defendants.

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

        On February 2, 2023, this Court granted Defendants' counsel's request to withdraw, and directed Plaintiffs to move to enforce the settlement agreement. ECF No. 51. The Court directed Defendants to file a notice of appearance for new counsel, but to date, Defendants have not done so. It appears Defendants are not currently represented. On April 12, 2023, Plaintiff filed a Motion to Enforce Settlement. ECF No. 52. To date, Defendants have not filed a response to the motion. Accordingly, Defendants are hereby **ORDERED** to file a written response by **December 13, 2023** as to whether they plan to proceed *pro se* and why this motion should not be treated as unopposed. Plaintiff is directed to serve a copy of this order and ECF Nos. 51-55 by December 4, 2023, and file proof of service by that date.

**SO ORDERED.**

**Dated: December 1, 2023**
         New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**