UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Case No. 1:20-cv-05937-ALC
BRIAN LEE,

                             Plaintiff,

               - against -                     **AFFIRMATION OF SERVICE**

GROVE GROUP ADVISORS LLC,
GROVE GROUP MANAGEMENT, INC., and
KEVIN SHIN, *Individually*,

                          Defendants.
-------------------------------------------------------------X

      I hereby certify that on Monday, December 4, 2023, true copies of documents filed at ECF#'s 51-56 were served via first class U.S. mail upon each defendant at:

Grove Group Advisors, LLC
c/o Cogency Global, Inc.
850 New Burton Rd., Ste. 201
Dover, DE  19904

Grove Group Management, Inc.
c/o Corporation Service Co.
251 Little Falls Drive
Wilmington, DE 19808

Kevin Shin
64 E. Clinton Ave.
Tenafly, NJ 07670

      The addresses of the corporate defendants are the ones currently on file with the Delaware Department of Corporations (last accessed on December 1, 2023). Both companies are incorporated there. Also, the address of Kevin Shin is his home address.

Dated: New York, New York
December 4, 2023

                                             **NISAR LAW GROUP, P.C.**

By: _____
Casey Wolnowski, Esq.
*Attorneys for Plaintiff*
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
Ph: (646) 889-1007
Fax: (516) 504-0157
Email: cwolnowski@nisarlaw.com

2