**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
BRIAN LEE,

                      Plaintiff,

      -against-                                             20 **CIVIL** 5937 (ALC)

## JUDGMENT

GROVE GROUP ADVISORS LLC, et al.,

                      Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 29, 2024, Plaintiff's motion to enforce the settlement agreement, ECF No. 52, is hereby GRANTED. Plaintiff requested the Court award interest at a rate of 9% per annum from the date the funds became due (January 11, 2021) and owed (the filing of the motion to enforce settlement on April 12, 2023). ECF No. 43 at 3. Under NY CPLR §5001(a), "[i]nterest shall be recovered upon a sum awarded because of a breach of performance of a contract," and interest is to be computed "from the earliest ascertainable date the cause of action existed," NY CPLR § 5001(b), at the rate of 9% per annum. NY CPLR § 5004. The Court has calculated the total interest accrued on the principal $14,990.00 from January 11, 2021 to April 12, 2023 at the rate of 9% per annum to be $3,034.55. Plaintiff Brian Lee is to recover from Defendants Grove Group Advisors LLC, Grove Group Management, Inc. and Kevin Shin, individually, jointly and severally, the amount of $14,990.00 plus interest in the amount of $3,034.55, for a total of $18,024.55.

**Dated:**  New York, New York

       February 29, 2024

                                                                                     **RUBY J. KRAJICK**

                                                                                             **Clerk of Court**

                                                      **BY:**     *K. Mango*

                                                                             **Deputy Clerk**